Mark S. Middlemas, USB No. 9252
Tom Cook, USB No. 5846
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust
L&A Case No. 17.68170.8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### Central Division

| | |
|---|---|
| In re: | Bankruptcy No. 19-24936 JTM |
| Jason Lloyd Holt, | (a Chapter 13 case) |
| | Filed Electronically |
| Debtor. | |

## EX PARTE APPLICATION FOR ENTRY OF ORDER
## PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)

U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Creditor"), through its attorneys, applies to the Court for entry of an order to 11 U.S.C. § 362(c)(4)(A)(ii). Creditor represents as follows:

1.      This is the debtor's third bankruptcy case pending in the past twelve months.

2.      The first bankruptcy was filed by Jason Lloyd Holt on May 12, 2017, as Case No. 17-24175 JTM under a Chapter 13. The first case was dismissed on September 5, 2018.

3.      The second bankruptcy was filed by Jason Holt on December 15, 2018, as Case No. 18-29329 JTM under a Chapter 13. The second case was dismissed on May 13, 2019.

4.      The third and current bankruptcy was filed by Jason Lloyd Holt on July 5, 2019, as Case No. 19-24936 JTM under a Chapter 13.

5.      Therefore, pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), Creditor requests an order confirming that no automatic stay is in effect.

DATED: July 9, 2019

LUNDBERG & ASSOCIATES, PC

/s/Mark S. Middlemas
Mark S. Middlemas
Attorneys for Creditor